Marzell Currie, Plaintiff-Appellant, v. Earl Conover, et al., Individually and as Copartners, d/b/a Southeast Shell Service Station, a Copartnership, Defendants-Appellees.

Gen. No. 10,548. (Abstract of Decision.)

Fourth District.

August 6, 1964.

McConnell, Kennedy, McConnell & Morris, of Peoria, and Monroe & McGaughey, of Decatur, for appellant; Armstrong & Huthmacher, of Decatur, for appellee. Opinion by JUSTICE SPIVEY. Not to be published in full.